USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD QUINONES,

                Plaintiff,

    -v-

CITY OF NEW YORK, ET AL.,

                Defendants.

**ORDER**

23-CV-9486 (PKC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court held a telephone conference to address Plaintiff's Letter Motion to Compel the production of certain documents, ECF No. 41, and the parties' joint Letter Request for an extension of the discovery deadlines in this action, ECF No. 45. For the reasons discussed during the conference, Plaintiff's Letter Motion, ECF No. 41, is GRANTED IN PART and DENIED IN PART, and the parties' joint Letter Motion, ECF No. 45, is GRANTED.

      Plaintiff's Letter Motion seeks to compel the production of three categories of documents: (1) activity logs that were previously produced with redactions; (2) certain CCRB history, IAB history, and Resume Reports that were previously produced with redactions; and (3) Defendant Halligan's CCRB history, IAB history, and Resume Report associated with his previous tax ID number that were previously produced with redactions. ECF No. 41 at 4.

      Plaintiff reported that the dispute as to the first category of documents was resolved in advance of the conference and is therefore moot. For the reasons stated

1

during the conference, Plaintiff's request to compel the production of documents falling into the second category of documents is denied.

As to the third category of documents, Defendants are directed to further review the documents in question and, to the extent Defendant Halligan was present at an incident resulting in another officer being accused of using excessive force, Defendants are directed to produce documents regarding such incident. Plaintiff's Letter Motion is otherwise DENIED.

The discovery deadlines in this action are extended as follows:

- The deadline for all Non-*Monell* fact discovery is **May 23, 2025**; and
- The deadline for all expert discovery is **July 7, 2025**.

The parties are directed to submit a joint status letter to the Court by **April 14, 2025**. To the extent the parties seek to adjourn the case management conference currently scheduled before Judge Castel on April 11, 2025, such request should be addressed to him.

The Clerk of Court is respectfully directed to terminate Plaintiff's Letter Motion at ECF No. 41 as GRANTED IN PART and DENIED IN PART, and the joint Letter Motion at ECF No. 45 as GRANTED.

**SO ORDERED.**

Dated: March 14, 2025
New York, New York

Henry J. Ricardo
United States Magistrate Judge