# Kopke Christiana & Rastetter LLP

199 Cook Street, Suite 308<br>
Brooklyn, NY 11206<br>
t: (917) 451-9525<br>
f: (347) 315-9815<br>
e: office@kcrllp.com

March 18, 2025

**Via ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                                       Re: *Quinones v. City of New York et al.*
                                               23 Civ. 09486 (PKC) (HJR)

Your Honor,

    The undersigned represents the Plaintiff, Richard Quinones ("Plaintiff"), in the above-referenced matter. I write to respectfully request a 60-day adjournment of the case management scheduling conference, from April 11, 2025 to June 11, 2025. *See* ECF No. 39. This is the third request to adjourn this case management conference. All prior requests have been granted. Jacquelyn Dainow, Counsel for Defendants City of New York ("the City"), Daniel Halligan, Stephen Bartels, Daniel Texeira, Connor McMorrow-Kwalwasser, and Meghan Diani ("Individual Defendants") has agreed to join in this request.

    The parties submit this request based on recent case developments. On March 14, 2025, Hon. Henry J. Ricardo granted the parties' request to extend the fact discovery deadline to May 23, 2025, and the expert discovery deadline to July 7, 2025. ECF Nos. 49, 50. Given this extension, the parties respectfully request that the case management conference, currently set for April 11, 2025, be adjourned to June 11, 2025, at 11:00 a.m., to be held telephonically.

    Thank you for your consideration.

                                                                         Respectfully Submitted,

                                                                         *Matthew Christiana*
                                                                         Matthew Christiana, Esq.

---

**Initial conference is adjourned from April 11, 2025 to June 13, 2025 at 10:30 a.m. Call-In: 855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 3/19/2025**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge