UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
RICHARD QUINONES,

| | |
|---|---|
| Plaintiff, | **ORDER TO PRODUCE** |
| -against- | 23-CV-09486 (PKC)(HJR) |

CITY OF NEW YORK, DANIEL HALLIGAN,
STEPHEN BARTELS, DANIEL TEXIERA, CONOR
MCMORROW-KWALWASSER, and MEGHAN DIANI,

                                            Defendants.
------------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/9/2025_____

Henry J. Ricardo, United States Magistrate Judge:

Upon the application of Defendants City of New York, Daniel Halligan, Stephen Bartels, Daniel Texiera, Conor Mcmorrow-Kwalwasser, and Meghan Diani ("Defendants"), and with the consent of Plaintiff for leave to take the deposition of plaintiff, Richard Quinones, an inmate at the George R. Vierno Center at Rikers Island Correctional Facility, pursuant to Fed. R. Civ. P. 30:

**IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of the George R. Vierno Center at Rikers Island Correctional Facility, located in East Elmhurst, New York, produce inmate Richard Quinones, Book & Case #: 3492500745, NYSID #: 07545121R, at a location within the facility with video conference capabilities for the taking of his deposition on Thursday, May 22, 2025, at 10:00 a.m., and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of the George R. Vierno Center at Rikers Island Correctional Facility so that his deposition may be taken.

Dated: New York, New York
          May 9, 2025

_____
Henry J. Ricardo
United States Magistrate Judge