UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD QUINONES,

                Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2025

**ORDER**

23-CV-9486 (PKC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Letter dated June 6, 2025, the parties requested a settlement conference. ECF No. 60.

    A conference is scheduled on **July 2, 2025,** at **12:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 957 713 188#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 9, 2025
       New York, New York

                                              _____
                                              Henry J. Ricardo
                                              United States Magistrate Judge