| **MURIEL GOODE-TRUFANT** | **THE CITY OF NEW YORK** | **JACQUELYN DAINOW** |
|---|---|---|
| *Acting Corporation Counsel* | **LAW DEPARTMENT** | Phone: (212) 356-0896 |
| | 100 CHURCH STREET | Fax: (212) 356-3509 |
| | NEW YORK, NY 10007 | Email: jadainow@law.nyc.gov |

August 21, 2025

**VIA ECF**
Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Quinones v. City of New York, et al.*, 23-CV-09486 (PKC)

Dear Judge Castel:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendants the City of New York, Daniel Halligan, Stephen Bartels, Daniel Texiera, Conor Mcmorrow-Kwalwasser, and Meghan Diani ("Defendants") in the above-referenced action. The parties write jointly to respectfully request an extension of the briefing schedule for Defendants' anticipated motion for summary judgment by 45 days, as well as an extension of the parties' pre-trial submission deadlines and an adjournment of the final pre-trial conference to dates convenient to the Court thereafter. This is the first request for an extension of these deadlines and adjournment of this conference.

      In the Complaint, Plaintiff alleges that a violation of his Constitutional rights occurred on October 27, 2020 stemming from the alleged use of force during Plaintiff's arrest by the New York Police Department ("NYPD"). Plaintiff claims that he was arrested after the NYPD received a report that he had stolen property from another individual while allegedly in possession of a knife. Specifically, Plaintiff alleges claims of, *inter alia*, excessive force and failure to train, including an allegation of *Monell* liability against the City of New York.

      On July 10, 2025, Your Honor endorsed the following briefing schedule (ECF No. 68) on Defendants' anticipated motion for summary judgment, pursuant to Fed. R. Civ. P. 56, and motion to dismiss Plaintiff's Monell claim, pursuant to Fed. R. Civ. P. 12(c):

      - Defendants will file their moving papers on or before September 8, 2025;

      - Plaintiff will file his opposition papers on or before November 7, 2025; and

1

- Defendants will file their reply papers, if any, on or before November 28, 2025.

The parties respectfully request an extension of time to file their respective papers. This extension is primarily necessitated due to the fact that the undersigned will be out of the office from August 22, 2025 to September 8, 2025, and also due to numerous depositions and time-sensitive deadlines spanning multiple other cases leading up to and after Defendants' September 8, 2025 deadline. In following with same, the parties request that the above briefing schedule be amended as follows:

- Defendants will file their moving papers on or before October 23, 2025;

- Plaintiff will file his opposition papers on or before December 22, 2025; and

- Defendants will file their reply papers, if any, on or before January 12, 2026.

The parties also respectfully request that the pre-trial submission deadlines be adjourned in light of the above proposed amended briefing schedule.

On June 13, 2025, Your Honor set the following schedule for the parties' pre-trial submissions:

- Plaintiff must file its proposed request to charge, jury instruction, voir dire, verdict sheet, and motions in limine and deliver to [Defendants'] the portion of the Joint Pretrial Order due by September 10, 2025;

- Defendants' response or any proposed changes to Plaintiff's submissions, and any motions in limine by Defendants due by September 26, 2025; and

- Plaintiff's response to Defendants' submissions due by October 10, 2025.

Additionally, there is a final pre-trial conference scheduled for November 5, 2025.

The parties respectfully request an extension of these deadlines, and an adjournment of this conference, to dates convenient to the Court after the Court has rendered a decision on Defendants' dispositive motion.

Accordingly, the parties respectfully request an extension of the briefing schedule for Defendants' anticipated motion for summary judgment and motion to dismiss, as well as an adjournment of the parties' pre-trial submission deadlines and an adjournment of the final pre-trial conference to dates convenient to the Court thereafter.

The parties thank the Court for its time and consideration.

Respectfully submitted,

s/ *Jacquelyn Dainow*
Jacquelyn Dainow

                                                  Assistant Corporation Counsel

cc:    All counsel of record (via ECF)

The Court endeavors to be considerate of the scheduling needs of counsel. Here, however, defense counsel has been aware of the Court's briefing schedule since July 10 and now announces to the Court on August 21 that counsel will not be available from August 22 to September 8 and thereafter has much to do on other cases with no information of when schedules were set in these other cases. The proposed new briefing schedule would extend briefing out to next January.

Application is granted only to the limited extent that (1) the briefing schedule in the July 10 Order is extended by 21 days; and (2) the schedule on Final Pretrial submissions is stayed pending further Order.

SO ORDERED.

Dated: 8/21/25

                            */s/ P. Kevin Castel*
                            P. Kevin Castel
                           United States District Judge